IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3251 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to remand (Filing No. 16). The Court has reviewed defendant's memorandum in support of the motion (Filing No. 17), and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the decision of the ALJ is reversed; this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 19th of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court